DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

TOWN OF NAGS HEAD v. TILLETT

No. 436PA84.

Case below: 71 N.C. App. 639.

Petition by defendants James T. Ryce and wife, Susan Ryce, for discretionary review under G.S. 7A-31 allowed 3 April 1985 but is limited to the following two questions: (1) the merits of defendants Ryce's cross assignments of error regarding their crossclaim against defendant Loy, and (2) the validity of the Town of Nags Head's denial of the building permit.

WARMACK v. COOKE

No. 18P85.

Case below: 71 N.C. App. 548.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.


PETITION TO REHEAR

MISENHEIMER v. MISENHEIMER

No. 368PA83.

Case below: 312 N.C. 692.

Petition by plaintiffs denied 2 April 1985.